BRANDON H. STROY (SBN 289090)
bstroy@maynardcooper.com
ALEXANDRA DRURY (SBN 291920)
adrury@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 646-4700
Facsimile:  (205) 254-1999

Attorneys for Defendants MediaTek Inc. and MediaTek USA Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| WIRELESS SWITCH IP, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MEDIATEK INC., MEDIATEK USA INC., SEEED TECHNOLOGY LIMITED, and SEEED INC., <br><br> Defendants. | Case No. 3:17-cv-4232-JD <br><br> **MEDIATEK INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, MediaTek Inc. hereby states that no publicly-held company owns 10% or more of MediaTek Inc.'s stock.

[*SIGNATURE ON FOLLOWING PAGE*]

//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated:  September 11, 2017 | /s/  *Brandon H. Stroy* |
| 2 | | BRANDON H. STROY (SBN 289090) |
| | | bstroy@maynardcooper.com |
| 3 | | ALEXANDRA DRURY (SBN 291920) |
| 4 | | adrury@maynardcooper.com |
| | | MAYNARD, COOPER & GALE, LLP |
| 5 | | 600 Montgomery Street, Suite 2600 |
| 6 | | San Francisco, CA  94111 |
| | | Telephone:  (415) 646-4700 |
| 7 | | Facsimile:  (205) 254-1999 |
| 8 | | |
| 9 | | Attorneys for MediaTek Inc. |
| | | and MediaTek USA Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, the foregoing document was caused to be served on counsel for Plaintiff Wireless Switch IP, LLC via the Court's CM/ECF system and by email to the addresses shown below:

M. Elizabeth Day (eday@feinday.com)
David Alberti (dalberti@feinday.com)
Marc Belloli (mbelloli@feinday.com)
Sal Lim (slim@feinday.com)
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA  94025

/s/ *Brandon H. Stroy*
Brandon H. Stroy