BRANDON H. STROY (SBN 289090)
bstroy@maynardcooper.com
ALEXANDRA DRURY (SBN 291920)
adrury@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 646-4700
Facsimile:  (205) 254-1999

Attorneys for Defendants MediaTek Inc. and MediaTek USA Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WIRELESS SWITCH IP, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDIATEK INC., MEDIATEK USA INC., SEEED TECHNOLOGY LIMITED, and SEEED INC.,<br><br>    Defendants. | Case No. 3:17-cv-4232-JD<br><br>**MEDIATEK USA INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, MediaTek USA Inc. hereby states that it is wholly-owned, indirectly, by MediaTek Inc. (located in Hsinchu City, Taiwan) through MediaTek Investment Singapore Pte. Ltd., Gaintech Co., and MTK Wireless Limited (UK).  To the best of MediaTek USA Inc.'s knowledge, no publicly-held company owns 10% or more of MediaTek Inc.'s stock.

[*SIGNATURE ON FOLLOWING PAGE*]

//

| | |
|---|---|
| Dated:  September 11, 2017 | /s/  *Brandon H. Stroy* |
| | BRANDON H. STROY (SBN 289090) |
| | bstroy@maynardcooper.com |
| | ALEXANDRA DRURY (SBN 291920) |
| | adrury@maynardcooper.com |
| | MAYNARD, COOPER & GALE, LLP |
| | 600 Montgomery Street, Suite 2600 |
| | San Francisco, CA 94111 |
| | Telephone:  (415) 646-4700 |
| | Facsimile:  (205) 254-1999 |
| | |
| | Attorneys for MediaTek Inc. |
| | and MediaTek USA Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2017, the foregoing document was caused to be served on counsel for Plaintiff Wireless Switch IP, LLC via the Court's CM/ECF system and by email to the addresses shown below:

    M. Elizabeth Day (eday@feinday.com)
    David Alberti (dalberti@feinday.com)
    Marc Belloli (mbelloli@feinday.com)
    Sal Lim (slim@feinday.com)
    FEINBERG DAY ALBERTI & THOMPSON LLP
    1600 El Camino Real, Suite 280
    Menlo Park, CA  94025

                                            /s/ *Brandon H. Stroy*
                                            Brandon H. Stroy